UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY,<br><br>Petitioner,<br><br>v.<br><br>SCOTT KERNAN,<br><br>Respondent. | Case No. 17-cv-02634-SI<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 11 |

Petitioner filed a "motion for issuance of writ of habeas corpus due to respondent's failure to oppose and or dispute petitioner's claims." Docket No. 11. Petitioner states therein that he did not receive respondent's answer, which was due on December 22, 2017. The court's records show that Respondent had timely filed an answer and mailed it to Petitioner, even if Petitioner did not receive it. *See* Docket Nos. 9 and 10. Petitioner's motion for issuance of the writ therefore is DENIED. Docket No. 11.

No later than **January 29, 2018,** Respondent must mail to Petitioner a replacement copy of the filings at Docket No. 9 and 10. The deadline for Petitioner to file and serve his traverse is now extended to **March 15, 2018**.

**IT IS SO ORDERED**.

Dated: January 19, 2018

_____
SUSAN ILLSTON
United States District Judge