UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD VINCENT RAY,

    Petitioner,

v.

SCOTT KERNAN,

    Respondent.

Case No. 17-cv-02634-SI

**JUDGMENT**

The petition for writ of habeas corpus is granted.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 19, 2018

_____
SUSAN ILLSTON
United States District Judge